CT/cvmhrg (January 10, 2002)

HONORABLE **HALL**
DEPUTY CLERK **BOROSKEY**    RPTR/ERO/TAPE **CORRIETTE**

TOTAL TIME: ___ hours **35** minutes

DATE **10-15-03**    START TIME **2:25**    END TIME **3:00**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**RUDOLPH**
vs.
**SYCAMORE**

CIVIL NO. **3-03CV298JCH**

Plaintiffs Counsel: **ALISE BLOOM**, **JENNIFER COURTAIN**

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Defendants Counsel: **L. LEGENZA**

## COURTROOM MINUTES - CIVIL (check one box)

- ☑ (mhrgh) Motion Hearing
- ☐ (contmphrg.) Contempt Hearing
- ☐ (pchrg.) Probable Cause Hearing
- ☐ (mischrg.) Miscellaneous Hearing
- ☐ (confmhrg.) Confirmation Hearing
- ☐ (evidhrg.) Evidentiary Hearing
- ☐ (fairhrg.) Fairness Hearing
- ☐ (showhrg.) Show Cause Hearing
- ☐ (jgmdbexam.) Judgment Debtor Exam
- ☐ (stlmthrg.) Settlement Hearing

**MOTION DOCUMENT NO.**

- ☑ #8-1 Motion **TO DISMISS** — ☑ advisement
- ☑ #8-2 Motion **SUMMARY JUDGMENT** — ☑ advisement
- ☐ #-3 Motion **FOR SETTLEMENT AGREEMENT** — ☐ advisement

**PARTIES TO SUBMIT NEW RULE 16 W/N 3 DAYS OF RULING ON MOTIONS**

Hearing continued until _____ at _____