rentUNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
SEP 24  10 21 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

RICHARD A. RUDOLPH              :

       v.                          :  NO. 3:03CV298(EBB)

SYCAMORE NETWORKS, INC.         :

ORDER OF TRANSFER

Judge Hall having held a hearing on the pending motions on October 15, 2003, taking them under advisement, it is in the interest of justice that the above case be transferred back to the docket of The Honorable Janet C. Hall. All future pleadings should be filed in Bridgeport, Connecticut bearing the initials "JCH."

Pleadings or documents filed at any other seat of court will be refused at the Clerk's Office and returned to you unfiled. [See Local Rule 7(a)].

SO ORDERED.

ELLEN BREE BURNS, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Dated at New Haven, Connecticut, this 24 day of September, 2004.

AO 72A
(Rev.8/82)