UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| | : | |
| RICHARD A. RUDOLPH | : | |
| Plaintiff, | : | |
| | : | CIVIL NO. 3:03CV298(JCH) |
| v. | : | |
| | : | |
| | : | |
| SYCAMORE NETWORKS, INC. | : | DECEMBER 9, 2004 |
| Defendant. | : | |
| | : | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.1 of this Court, the undersigned hereby respectfully moves the Court to admit Steven D. Hurd pro hac vice for the purpose of representing the Defendant, Sycamore Networks, Inc. ("Defendant") in addition to counsel of record in the instant lawsuit. In support of this Motion, the undersigned represents that:

1.    The undersigned, James F. Shea, is an attorney with the firm of Jackson Lewis LLP, 55 Farmington Avenue, Suite 1200, Hartford, Connecticut 06105. Mr. Shea has been a member in good standing of the Bars of the United States District Court for the District of Connecticut since 1996 and of the State of Connecticut since 1996.

2.    Mr. Hurd is an attorney with the firm of Jackson Lewis LLP, 59 Maiden Lane, New York, New York 10038-4502 and is a member in good standing of the Bar of the State of New York.

3.    Mr. Hurd is also admitted to practice in the United States Federal Courts for the United States Court of Appeals for the Second Circuit, the United States District Courts

for the Southern, Northern and Eastern Districts of New York, and the United States District Court for the District of Colorado.

4.     Mr. Hurd has expertise in the practice of labor and employment law. Mr. Hurd's admission to the bar in connection with this action would be of significant benefit to the Defendant.

5.     The undersigned believes Mr. Hurd to be of good character and knows of no reason why this Court should not grant this Motion.

6.     Mr. Hurd has not been denied admission or disciplined in accordance with Rule 83.2 of the Local Rules nor has Mr. Hurd been denied admission or disciplined by any other Court.

WHEREFORE, based upon the representations stated above and the attached affidavit, the undersigned requests that Steven D. Hurd be admitted pro hac vice before this Court as co-counsel for the Defendant.

THE DEFENDANT,
SYCAMORE NETWORKS, INC.


James F. Shea
Federal Bar No. ct 16752
JACKSON LEWIS LLP
55 Farmington Avenue
Hartford, CT 06105
Ph. (860) 522-0404
Fax (860) 247-1330
E-mail: sheaj@jacksonlewis.com

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing Motion was mailed, postage prepaid, via first-class mail, on this 9th day of December, 2004 addressed as follows:

> Lawrence J. Legenza
> 785 Farmington Avenue
> Kensington, CT 06037-1302
> Tel. (860) 829-8220
>
> Attorney for Plaintiff

James F. Shea

H:\Client Folder\S\Sycamore Networks\Rudolph\Pld\ProHacViceFed\MoProHacFed01.doc
53595