UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD A. RUDOLPH<br><br>Plaintiff,<br><br>v.<br><br>SYCAMORE NETWORKS, INC.<br><br>Defendant. | Civil Action No.<br>3:03 Civ. 298 (JCH) |

### AFFIDAVIT OF STEVEN D. HURD
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

STATE OF NEW YORK    )
                                      )   ss.:
COUNTY OF NEW YORK )

STEVEN D. HURD, of full age, being duly sworn, deposes and says:

1. I am a member of the law firm of Jackson Lewis LLP. My office is located at 59 Maiden Lane, New York, New York 10038-4502. I am an attorney at law and have been a member in good standing of the highest courts of the State of New York. I have been a member of the Bar of the State of New York since 1995. I also am admitted to practice before the United States Court of Appeals for the Second Circuit, the United States District Courts for the Southern, Northern, and Eastern Districts of New York, and the United States District Court for the District of Colorado.

2. I make this Affidavit respectfully requesting the Court's permission to allow me to appear and participate *pro hac vice* as co-counsel for all purposes on behalf of Defendant Sycamore Networks, Inc. (hereinafter "Defendant") in this action.

3. Jackson Lewis LLP has a long standing attorney-client relationship with the Defendant herein. I am familiar with the factual and legal issues in this matter.

4. Co-counsel of record for Defendant are Elise M. Bloom, a partner, and James F. Shea, an associate, with the firm of Jackson Lewis LLP, with offices at 59 Maiden Lane, New York, New York 10038 and 55 Farmington Avenue, Suite 1200, Hartford, Connecticut 06105. Elise M. Bloom and James F. Shea are members in good standing of the Bar of this Court and maintain an office in this State for the regular practice of law.

5. I graduated from Albany Law School in 1994. Since that time, I have practiced law in New York, specializing in employment law. I have handled numerous employment law cases, including cases involving claims for age discrimination and breach of contract.

6. I have not been subject to disciplinary action by the Bar or the court of any jurisdiction at any time.

7. I have not been denied admission to the courts of any state or any federal court at any time.

8. I am familiar with the provisions of the Judicial Code (Title 28 U.S.C.), which pertain to the jurisdiction of, and practice in, the United States District Courts; the Federal Rules of Civil Procedure and the Federal Rules of Evidence for the District Courts; the Local Rules of the District Court for the District of Connecticut; and the Code of Professional Responsibility of the American Bar Association. I will strictly and faithfully observe these Rules and responsibilities. I will be available for all hearings, motions, pre-trial conferences and trial dates.

3

9.   I have never been held in contempt of court, censured, suspended or disbarred by any court.

WHEREFORE, it is respectfully requested that this Court enter an Order admitting this deponent of the firm of Jackson Lewis LLP *pro hac vice* as co-counsel for Defendant for all purposes of this action.

_____
Steven D. Hurd

Sworn to and subscribed before me
this ___ day of December, 2004

_____
Notary Public

LORI BAUER
Notary Public, State of New York
No. 02BA5067599
Qualified in New York County
Commission Expires October 15, 2005

## CERTIFICATION OF SERVICE

This is to certify that a true and correct copy of the foregoing Affidavit of Steven D. Hurd was served by prepaid first-class mail, on this 9th day of December, 2004, to the following counsel of record for Plaintiff:

> Lawrence J. Legenza, Esq.
> 785 Farmington Avenue
> Kensington, CT 06037
>
> Attorney for Plaintiff

_____
James F. Shea

H:\Client Folder\S\Sycamore Networks\Rudolph\Pld\Cert doc
53595