UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD A. RUDOLPH, <br> Plaintiff, | |
| v. | CIVIL NO. 3:03CV298(JCH) |
| SYCAMORE NETWORKS, INC. <br> Defendant. | DECEMBER 14, 2004 |

APPEARANCE

Please enter the appearance of the undersigned counsel in the above-captioned matter on behalf of the Defendant Sycamore Networks, Inc.

                                              THE DEFENDANT,
                                              SYCAMORE NETWORKS, INC.

By: _____
                                              Steven D. Hurd (ct22010)
                                              Jackson Lewis LLP
                                              59 Maiden Lane
                                              New York, New York 10038
                                              (212) 545-4000
                                              email: hurds@jacksonlewis.com

CERTIFICATION OF SERVICE

    This is to certify that a copy of the foregoing was served by 1st class mail, on this 30th day of December, 2004, to the following counsel of record:

    Lawrence J. Legenza
    785 Farmington Avenue
    Kensington, CT 06037-1302
    Ph. (860) 829-8220

    Attorney for Plaintiff

_____
James F. Shea