# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD RUDOLPH | : | |
|    Plaintiff | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3-03-cv-298 (JCH) |
| | : | |
| SYCAMORE NETWORKS, INC. | : | |
|    Defendant | : | JANUARY 13, 2005 |

## REPORT OF PARTIES'
## PLANNING MEETING ENDORSEMENT
## [DKT. NO. 36]

| | | | |
|---|---|---|---|
| Report Approved: | X | Pltf.(s) Expert Disclosure Due: | 4/30/05 |
| Report Approved in Part: | | Pltf.(s) Expert Deposition(s) Completed By: | 6/30/05 |
| Discovery Cutoff: | 6/30/05 | Def.(s) Expert Disclosure Due: | 5/30/05 |
| Dispositive Motions Due: | 7/30/05 | Def.(s) Expert Deposition(s) Completed By: | 6/30/05 |
| Damage Analysis Due: | 1/31/05 | | |

**SO ORDERED.**

    Dated at Bridgeport, Connecticut this 13th day of January, 2005.

                                           /s/ Janet C. Hall
                                           Janet C. Hall
                                           United States District Judge