UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD RUDOLPH : | |
|     Plaintiff : | |
| : | CIVIL ACTION NO. |
| v. : | 3-03-cv-298 (JCH) |
| : | |
| SYCAMORE NETWORKS, INC. : | |
|     Defendant : | JANUARY 13, 2005 |

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purpose:

    _____ All purposes except trial, unless the parties consent to trial before the magistrate judge

    \_\_\_\_ A ruling on all pretrial motions except dispositive motions

    \_\_\_\_ To supervise discovery and resolve discovery disputes

    _____ A ruling on the following motion(s) which are currently pending:

    \_\_\_\_√\_\_\_\_ A settlement conference.  **The pursuit of settlement negotiations, and a referral to a magistrate judge for purposes of a settlement conference, does not relieve the parties of their obligation to adhere to scheduling deadlines absent a court order to that effect.**

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 13th day of January, 2005.


                                                  /s/ Janet C. Hall
                                                Janet C. Hall
                                                United States District Judge