IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2005 MAR 28 A 9:10
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| RICHARD A. RUDOLPH<br><br>Plaintiff,<br><br>v.<br><br>SYCAMORE NETWORKS, INC.<br><br>Defendant. | Civil Action No.<br>3:03 Civ. 298 (JCH)<br><br>**STIPULATION AND ORDER OF<br>DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, Richard Rudolph, and the Defendant, Sycamore Networks, Inc., through their undersigned counsel, who are authorized to execute this Stipulation, that the above-captioned action be dismissed, in its entirety, and with prejudice, and with no award of attorneys' fees, costs and/or disbursements to any party.

LAWRENCE J. LEGENZA, ESQ.
785 Farmington Avenue
Kensington, Connecticut 06037

Dated: March 24, 2005           By: _____
      Kensington, Connecticut         Lawrence J. Legenza

ATTORNEY FOR PLAINTIFF
RICHARD A. RUDOLPH

JACKSON LEWIS LLP
55 Farmington Avenue
Suite 1200
Hartford, CT 06104
(860) 522-0404

59 Maiden Lane, 40th Floor
New York, New York 10038
(212) 545-4000
(212) 972-3213 (facsimile)

Dated: March 25, 2005             By: _____
      New York, New York               Elise M. Bloom (CT01451)
                                       Jennifer B. Courtian (CT24058)

ATTORNEYS FOR DEFENDANT
SYCAMORE NETWORKS, INC.

It is SO ORDERED
This ____ day of _____, 2005

_____
United States District Judge